# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :     1:20-cv-480-JEJ

## PETITION

I, Carla G. Graff, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:
Dechert LLP
Cira Centre
2929 Arch Street, Philadelphia, PA 19104

Office Telephone: (215) 994-2513

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Pennsylvania Supreme Court (11/21/2017); Supreme Court of New Jersey (06/05/18);

Eastern District of Pennsylvania (01/06/20); U.S. Court of Appeals for the Third Circuit (07/09/19)

My attorney Identification number is: PA ID 324532; NJ 263762018

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   s/ John E. Jones, III   Date: 3/25/2020