# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :   1:20-cv-480
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, __Erika Britt Nyborg-Burch__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: P.O. Box 60173
Philadelphia, PA 19102

Office Telephone: 215-592-1513

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York State Courts- 1/19/17

Third Circuit Court of Appeals- 7/22/17

My attorney Identification number is: 5485578 (NY)

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  s/ John E. Jones, III    Date: 3/25/2020