# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BHARATKUMAR G. THAKKER, et al., <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> CLAIR DOLL, in his official capacity as Warden of York County Prison, et al., <br><br> Respondents-Defendants. | Case No. 1:20-cv-00480-JEJ <br><br> **Judge John E. Jones III** |

## PLAINTIFFS' UNOPPOSED MOTION TO FILE REPLY BRIEF

Plaintiffs hereby respectfully request that the Court permit the Plaintiffs to file a short reply brief before the close of business today, and as grounds therefor aver as follows:

1.  Respondents'/Defendants' response (Docket No. 35), filed last night, omits critical facts about conditions inside the three detention facilities. Perhaps the most important ones are that Pike County officials learned that a correctional officer, who had contact with detained persons, tested positive for COVID-19, on March 24, and both Pike and York have imposed quarantines. Defendants' one declarant who speaks to conditions at the facilities, Jennifer Moon, fails in her declaration to

mention these. Indeed, she suggests that there is no indication of infection. *See* Declaration of Jennifer Moon at ¶ 12 (Docket 35-1 at 7).

2. Respondents'/Defendants' response also misrepresents Petitioners'/Plaintiffs' legal arguments.

3. Petitioners/Plaintiffs would ask the Court's permission to file a brief rejoinder before the close of business today.

4. Undersigned counsel sought consent to this motion from Ms. Sanderson, who advised that Respondents take "no position."

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion to allow them an opportunity to file a reply brief before the close of business today.

Dated: March 30, 2020                               Respectfully Submitted,

*/s/ Will W. Sachse*                                */s/ Witold J. Walczak*
Will W. Sachse, Eq. (PA 84097)                      Witold J. Walczak (PA 62976)
Thomas J. Miller, Esq. (PA 316587)                  **AMERICAN CIVIL LIBERTIES UNION**
Kelly Krellner, Esq. (PA 322080)*                        **OF PENNSYLVANIA**
Carla G. Graff, Esq. (PA 324532)*                   247 Ft. Pitt Blvd., 2d Fl.
**DECHERT, LLP**                                    Pittsburgh, PA 15222
Cira Centre                                         T:  412-681-7864
2929 Arch Street                                    E:  vwalczak@aclupa.org
Philadelphia, PA 19104
T: 215-994-4000                                     Vanessa L. Stine (PA 319569)
E: will.sachse@dechert.com                          Muneeba S. Talukder (CA 326394)*
E: thomas.miller@dechert.com                        Erika Nyborg-Burch (NY 5485578)*
E: kelly.krellner@dechert.com                       **AMERICAN CIVIL LIBERTIES UNION**
E: carla.graff@dechert.com                               **OF PENNSYLVANIA**
                                                    P.O. Box 60173

David Fathi (WA 24893)*
Eunice H. Cho (WA 53711)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, NATIONAL PRISON PROJECT
915 15th St. N.W., 7th Floor
Washington, DC  20005
T: 202-548-6616
E: dfathi@aclu.org
E: echo@aclu.org

Michael Tan (NY 4654208)*
Omar C. Jadwat (NY 4118170) *
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2600
E: mtan@aclu.org
E: ojadwat@aclu.org

Philadelphia, PA 19102
T:  215-592-1513
E:  vstine@aclupa.org
E:  mtalukder@aclupa.org
E: enyborg-burch@aclupa.org

*Petition for permission to file pro hac vice forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing motion on counsel of record via the Court's ECF filing system and via email courtesy copy to the office of the United States Attorney for the Middle District of Pennsylvania.

Dated: March 30, 2020               */s/ Witold J. Walczak*
                                                                  Witold J. Walczak (PA 62976)
                                                                  **AMERICAN CIVIL LIBERTIES UNION**
                                                                         **OF PENNSYLVANIA**
                                                                 247 Ft. Pitt Blvd., 2d Fl.
                                                                 Pittsburgh, PA 15222
                                                                 T: 412-681-7864
                                                                 E: vwalczak@aclupa.org

## **CERTIFICATE OF CONCURRENCE**

In accordance with Local Rule 7.1, Petitioner's counsel sought concurrence from the U.S. Attorney's Office, who takes "no position" on the motion to file a reply brief.

Dated: March 30, 2020               */s/ Witold J. Walczak*
                                    Witold J. Walczak (PA 62976)
                                    **AMERICAN CIVIL LIBERTIES UNION**
                                        **OF PENNSYLVANIA**
                                    247 Ft. Pitt Blvd., 2d Fl.
                                    Pittsburgh, PA 15222
                                    T:  412-681-7864
                                    E:  vwalczak@aclupa.org