IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BHARATKUMAR G. THAKKER, et al.,<br><br>　　　　Petitioners-Plaintiffs,<br><br>vs.<br><br>CLAIR DOLL, in his official capacity as Warden of York County Prison, et al.,<br><br>　　　　Respondents-Defendants. | Case No. 1:20-cv-00480-JEJ<br><br>**Judge John E. Jones III** |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO FILE REPLY BRIEF**

COME NOW, this _____ day of _____, 2020, after consideration of Plaintiffs' Motion for Leave to File Reply Brief, it is hereby ORDERED that the motion is GRANTED.  Plaintiffs shall file their reply brief by the close of business today.

　　　　　　　　　　BY THE COURT


　　　　　　　　　　_____
　　　　　　　　　　United States District Judge

1