# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BHARATKUMAR G. THAKKER, et al.,**   Petitioner-Plaintiffs | : NO. 1:CV-20-0480 :  : (Jones, J.) |
| v. | : : |
| **CLAIR DOLL, in his official Capacity as Warden of York County Prison, et al.,**   Respondents-Defendants | : : : : |

## CERTIFICATE OF CONCURRENCE

Counsel certifies that she contacted three of Petitioner's counsel, on Friday, April 3, 2020, and Witold J. Walczak, Esquire concurred in Respondents' uncontested motion to exceed the page limitation in their opposition brief.

                                           Respectfully submitted,

                                           DAVID J. FREED
                                           United States Attorney

                                           s/Joanne M. Sanderson
                                           Joanne M. Sanderson
                                           Assistant U.S. Attorney
                                           PA 315327
                                           228 Walnut Street
                                           Harrisburg, PA  17101
                                           Joanne.Sanderson@usdoj.gov
                                           Phone:  717-221-4482

Dated: April 3, 2020                       Fax:  717-221-4493