**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BHARATKUMAR G. THAKKER,** : | |
| **et al.,** | **: NO. 1:CV-20-0480** |
| **Petitioner-Plaintiffs** : | |
| : | **(Jones, J.)** |
| **v.** : | |
| : | |
| **CLAIR DOLL, in his official** : | |
| **Capacity as Warden of York** : | |
| **County Prison, et al.,** : | |
| **Respondents-Defendants** : | |

## O R D E R

AND NOW, this _____ day of April, 2020, upon consideration of Respondents' uncontested motion for leave to file a brief in excess of fifteen pages and 5,000 words, IT IS HEREBY ORDERED that said motion is GRANTED.

Respondents may file a brief in opposition to Petitioner's Motion for Preliminary Injunction that does not exceed 50 pages in length.

_____
JOHN E. JONES, III
United States District Judge