# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BHARATKUMAR G. THAKKER,

et al.,

    Plaintiffs-Plaintiffs,

vs.

CLAIR DOLL, in his official capacity as Warden of York County Prison, et al.,

    Defendants-Defendants.

Case No. 1:20-cv-00480-JEJ

**Judge John E. Jones III**

## ORDER GRANTING MOTION TO PROCEED PSEUDONYMOUSLY

Upon consideration of Plaintiffs' Motion to Proceed Pseudonymously, for good cause shown, and with Defendants' consent, the motion is **GRANTED**. It is hereby **ORDERED** that:

1. Plaintiffs D.F. and T.S.N. may proceed pseudonymously, using their initials;

2. Plaintiffs shall be referred to by their initials on the docket, in all pleadings and other documents related to this litigation, and in all proceedings held before this Court; and

3. Defendants are prohibited from disclosing to any third parties any personally-identifying information that could reveal the identity of Plaintiffs.

BY THE COURT

Date: April 20, 2020

s/ John E. Jones III
United States District Judge