# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BHARATKUMAR G. THAKKER, *et al.*, | : | 1:20-cv-480 |
| Petitioners-Plaintiffs, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| CLAIR DOLL, *in his official capacity as Warden of York County Prison, et al.*, | : | |
| Respondents-Defendants. | : | |

## MEMORANDUM AND ORDER

## April 24, 2020

We are in receipt of Plaintiffs' Motion to Strike ECF Nos. 80 and 80-1 as Improper and Untimely, or in the Alternative, Leave to Respond. (Doc. 82). We recognize that the Defendants' submissions were filed as Notices of Supplemental Authority,[1] which they are permitted to submit per our Local Rules. L.R. 7.36. However, we also note that both of those Notices exceeded 100 words in contravention of that same rule, and as such Plaintiffs maintain that the filing is improper and untimely.[2]

---

[1]   The Government has filed an additional Notice of Supplemental Authority, (Doc. 81). We address that Notice herein as well.

[2]   We set a deadline of April 23, 2020 for parties to "augment the record with additional declarations and factual stipulations" that we would consider in deciding Plaintiffs' Motion for Preliminary Injunction. (Doc. 60).

In the interest of judicial fairness, we will not strike the Defendants' provided Notices, but we will allow Plaintiffs to respond accordingly. Because our TRO expires on Monday, we will require any such response to be **FILED** by the close of business tomorrow, Saturday April 25, 2020.

s/John E. Jones III
John E. Jones III
United States District Judge
