# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BHARATKUMAR G. THAKKER, *et al.*, | : | 1:20-cv-480 |
| Petitioners-Plaintiffs, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| CLAIR DOLL, *in his official capacity as Warden of York County Prison, et al.*, | : | |
| Respondents-Defendants. | : | |

## **MEMORANDUM AND ORDER**

### **May 26, 2020**

We are in receipt of Respondents' Motion for Issuance of an Order to Show Cause and a Finding of Contempt, ("Motion for a Finding of Contempt"), (Doc. 116), and Petitioners' Motion for Leave to Withdraw as Counsel for Plaintiffs Henry Pratt and Jean Augustin, ("Motion to Withdraw"), (Doc. 119). It is clear to the Court that Plaintiffs Pratt and Augustin are in violation of our Order dated April 27, 2020, (Doc. 89), which directed them to self-report to Clinton County Correctional Facility and York County Prison, respectively. As of the date of this Order, Plaintiffs Pratt and Augustin have yet to do so.

However, we believe that our potential finding of contempt, and the subsequent issuance of an arrest warrant, are here unnecessary and superfluous. In our previous Order, we abrogated our temporary release of Plaintiffs Pratt and

Augustin. (Doc. 89). As such, any prior commitment orders entered against Plaintiffs Pratt and Augustin remain in full force. Thus, to the extent that Plaintiffs have not self-reported, ICE may take whatever steps necessary to immediately recommit them, including apprehending and arresting them as fugitives who are unlawfully violating an order of detention.

s/John E. Jones III<br>
John E. Jones III<br>
United States District Judge