IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BHARATKUMAR G. THAKKER, et al.,** | : : : | **CIVIL NO. 1:20-CV-480** |
| **Plaintiffs,** | : : | |
| v. | : : : | **(Chief Judge Jones)** |
| **CLAIR DOLL, et al.,** | : : : | **(Magistrate Judge Carlson)** |
| **Defendants.** | : : | |

## ORDER

The background of this order is as follows:

This case is before us on two pending motions—a motion for a preliminary injunction (Doc. 177) and an emergency motion for an order to show cause (Doc. 203). These two motions relate to relating to alleged violations this Court's prior order of July 14, 2020. (Doc.189). That July 14 order provided that: "As agreed to by the Government, PRIOR NOTICE will be PROVIDED TO COUNSEL before the transfer of any named class representative or putative class member." (Id.) We have been informed that, following discussions, the parties have reached the following proposed stipulations regarding the scope of this order which we approve:

- notice is required when ICE is transferring a named petitioner or putative class member from one ICE detention facility to another facility for any reason, removal or otherwise;

1

- notice is *not* required when ICE is removing a named petitioner or putative class member from a facility for purposes of executing his/her removal order, without moving to a facility (e.g., York to airport); and

- notice is *not* required when ICE takes a named petitioner or putative class member back into custody who is released.

So ordered this 29th day of July, 2020.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge