# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BHARATKUMAR G. THAKKER, et al.,** | : | **CIVIL NO. 1:20-CV-480** |
| **Plaintiffs,** | : | |
| | : | **(Chief Judge Jones)** |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **CLAIR DOLL, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

This case has been referred to the undersigned to resolve a number of outstanding motions and remaining claims by individual plaintiff-petitioners. Among the individual matters which are to be resolved are motions to deny the habeas petitions filed by petitioners Jean H.C. Augustin and Henry Pratt. (Doc. 323 and 329). Petitioners Pratt and Augustin had previously been preliminarily ordered released by the district court under conditions of release which included a condition that the release "Order expires immediately if a Petitioner absconds." (Doc. 60 at 2). Upon a review of the motions filed by the Respondents it is alleged that Augustin and Pratt have both violated this court's order by absconding once they were temporarily released.

Accordingly, IT IS ORDERED that the petitioners shall show cause on or before **December 21, 2020** why the prior preliminary release order should not be

1

vacated and they should not be remanded to custody since it is alleged that they have violated this court's order by absconding.

So ordered this 14th day of December 2020.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge