IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BHARATKUMAR G. THAKKER, *et al.*, <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> CLAIR DOLL, in his official capacity as Warden of York County Prison, *et al.*, <br><br> Respondents-Defendants. | Case No. 1:20-cv-00480 <br><br> **Judge Jennifer P. Wilson** <br><br> **Magistrate Judge Martin C. Carlson** |

## ORDER GRANTING MOTION TO DROP PETITIONERS GOMEZ LOPEZ, STUBBS, AND THAKKER FROM THE CASE

Having read and considered the motion by Petitioner Gomez Lopez, Stubbs, and Thakker to drop them from the case and pursuant to Rules 21 and 41(a)(2) of the Federal Rules of Civil Procedure, it is on this 18th day of April, 2023,

ORDERED that their motion be, and hereby is, GRANTED.

BY THE COURT

s/ Jennifer P. Wilson
Hon. Jennifer P. Wilson
United States District Court Judge